# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| JOSHUA NAVARRO, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Case No: 6:22-cv-1950-CEM-EJK |
| | : |
| FLORIDA INSTITUTE OF TECHNOLOGY, INC., | : |
| | : |
| Defendant. | : |
| _____/ | |

## DEFENDANT'S NOTICE OF COMPLIANCE WITH COURT'S ORDER DATED FEBRUARY 17, 2023

Defendant, Florida Institute of Technology, Inc. ("Florida Tech"), hereby files this Notice of Compliance with the Court's Order (Doc. 62) granting Plaintiffs' Motion for Preliminary Injunction.

On February 17, 2022, the Court granted Plaintiff's Motion for Preliminary Injunction and ordered Florida Tech to "as soon as possible, but no later than February 24, 2023, reinstate the men's rowing team to its varsity intercollegiate status." (Doc. 62 at 23, ¶ 2(a)).

On February 24, 2023, the University notified the Court that the University had taken a series of steps with respect to reinstating the men's rowing program to varsity, intercollegiate status. (Doc. 63).

The University hereby gives notice to the Court that it has taken the following steps in furtherance of "provid[ing] the men's rowing team with full funding, staffing, and other benefits commensurate with its status as a varsity-level intercollegiate team":

- The University has apportioned to the men's rowing team the funding necessary for the remainder of the academic year. This apportionment is commensurate with Florida Tech's other varsity sports. This funding is sufficient to allow the team to compete immediately in qualified events.

- The University has hired an interim coach and is compensating that coach at full-time levels until a full-time coach is identified.

- The University is willing to hire an assistant coach, if necessary, based on the number of athletes.

- All other benefits that are provided to other varsity, intercollegiate teams are available to the men's rowing team.

In an abundance of caution, Florida Tech respectfully reserves its right to appeal the Court's Order.

Respectfully submitted this 13th day of March, 2023,

/s/ *Jeffrey Knight*
BRICKER & ECKLER, LLP
Kasey Nielsen (Ohio Bar No. 0101069)
Matthew Gurbach (Ohio Bar No. 0076707)
1350 Euclid Avenue, Suite 650
Cleveland, OH  44115-1840
t: 216.523.5405
f: 216.523.7071
knielsen@bricker.com
mgurbach@bricker.com

Jeffrey Knight (Ohio Bar No. 0086649)
100 South Third Street

/s/ *Richard E. Mitchell*
Richard L. Barry, Esq.
Florida Bar No. 360650
richard.barry@gray-robinson.com
GRAY | ROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, FL 32801
t. 407.843.8880
f. 407.244.5690

Richard E. Mitchell, Esq.
Florida Bar No. 168092
rick.mitchell@gray-robinson.com
GRAY | ROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, FL 32801

Columbus, OH 43212-4291
t. 614.227.2300
f. 614.227.2390
jknight@bricker.com
*Co-Counsel for Florida Institute of Technology, Inc.*

t. 407.843.8880
f. 407.244.5690
*Local Counsel for Florida Institute of Technology, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2023, the foregoing document was filed with the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Richard D. Mitchell*
Richard E. Mitchell
Florida Bar No. 168092
GrayRobinson, P.A.