**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Case No. 6:22-CV-01950-CEM-EJK**

JOSHUA NAVARRO,
BENJAMIN KOMITA,
JADEN KREKOW, KYLE STEWART,
MASON YASKOVIC,
THOMAS FRANCIS, and on behalf
of similarly situated individuals,

    Plaintiffs,

vs.

FLORIDA INSTITUTE OF TECHNOLOGY,
INC., a Florida corporation,

    Defendant.
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held via the Zoom platform on May 15, 2023, and the results of that conference are indicated below:

All individual parties and their respective trial counsel participated in the mediation conference. The mediation resulted in an impasse.

DATED this 16th day of May 2023.
By:

**/s/ Travis R. Hollifield**
_____
Travis R. Hollifield
Fla. S.Ct. Mediator No.: 20155-RA
147 E. Lyman Avenue – Suite D
Winter Park, Florida 32789

Telephone: (407) 599-9590
E-mail: trh@trhlaw.com
MIDDLE DISTRICT OF FLORIDA AND
FLORIDA SUPREME COURT CERTIFIED
CIRCUIT CIVIL MEDIATOR

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 16, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

HOLLIFIELD LEGAL CENTRE
By:
**/s/ Travis R. Hollifield**
_____
Travis R. Hollifield
Fla. S.Ct. Mediator No.: 20155-RA
147 E. Lyman Avenue – Suite D
Winter Park, Florida 32789
Telephone: (407) 599-9590
Email: trh@trhlaw.com
MIDDLE DISTRICT OF FLORIDA AND
FLORIDA SUPREME COURT CERTIFIED
CIRCUIT CIVIL MEDIATOR