UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JOSHUA NAVARRO, *et al.*, | : |
| Plaintiffs, | : |
| v. | : CASE NO: 6:22-CV-1950-CEM-EJK |
| FLORIDA INSTITUTE OF TECHNOLOGY, INC., | : |
| Defendant. _____/ | : |

**DEFENDANT'S NOTICE OF FILING PROPOSED PROTECTIVE ORDER**

Defendant, Florida Institute of Technology, Inc. ("Florida Tech"), pursuant to the Court's Order dated May 19, 2023 (Doc. 75), respectfully files and submits for the Court's consideration the attached proposed Protective Order Regarding Defendant's Production of Student Education Records.

**Local Rule 3.01(g) Certification**

Pursuant to Local Rule 3.01(g), counsel for Florida Tech conferred in good faith with counsel for Plaintiffs regarding the proposed Protective Order on May 23, 2023, and are authorized to represent that Plaintiffs consent to its form and rendition by the Court.

Respectfully submitted on May 23, 2023.

/s/ *Jeffrey Knight*
BRICKER & ECKLER, LLP
Kasey Nielsen (Ohio Bar No. 0101069)
Matthew Gurbach (Ohio Bar No. 0076707)
1350 Euclid Avenue, Suite 650
Cleveland, OH  44115-1840
t: 216.523.5405
f: 216.523.7071
knielsen@bricker.com
mgurbach@bricker.com

Jeffrey Knight (Ohio Bar No. 0086649)
100 South Third Street
Columbus, OH 43212-4291
t. 614.227.2300
f. 614.227.2390
jknight@bricker.com
*Co-Counsel for Florida Institute of Technology, Inc.*

/s/ *Richard E. Mitchell*
Richard L. Barry, Esq.
Florida Bar No. 360650
richard.barry@gray-robinson.com
GRAY | ROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, FL 32801
t. 407.843.8880
f. 407.244.5690

Richard E. Mitchell, Esq.
Florida Bar No. 168092
rick.mitchell@gray-robinson.com
GRAY | ROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, FL 32801
t. 407.843.8880
f. 407.244.5690
*Local Counsel for Florida Institute of Technology, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2023, the foregoing document was filed with the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/**Richard E. Mitchell**
Richard E. Mitchell
Florida Bar No. 168092
GrayRobinson, P.A.

/25217/8#50479171 v1