UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:22-CV-01950-CEM-EJK

JOSHUA NAVARRO, et al., and on
behalf of similarly situated individuals,

    Plaintiffs,


FLORIDA INSTITUTE OF TECHNOLOGY,
INC., a Florida corporation,

    Defendant.
_____/

**PLAINTIFFS' NOTICE OF NO OBJECTION**

Plaintiffs, by and through undersigned counsel, hereby file this Notice of No Objection to Magistrate Kidd's Report and Recommendation [DE #88].

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 24th day of August 2023, that the foregoing document is being served on all counsel of record or *pro se* parties either via transmissions of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notice of Electronic Filing.

/s/Arthur Schofield, Esq.
ARTHUR T. SCHOFIELD, P.A.
330 Clematis Street, Suite 207
West Palm Beach, FL 33401
(561) 655-4211
Fla. Bar No. 984434 aschofield@flalabor.com

-and-

James C. Larew, Esq.
Claire M. Diallo, Esq.
LAREW LAW OFFICE
504 E. Bloomington Street
Iowa City, IA 522245
(319) 337-7079
James.Larew@LarewLawOffice.com
Claire.Diallo@LarewLawOffice.com

ATTORNEYS FOR PLAINTIFFS