UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOSHUA NAVARRO, BENJAMIN KOMITA, JADEN KREKOW, KYLE STEWART, MASON YASKOVIC, THOMAS FRANCIS, BRYCEN HANER, RYAN ZERNEKE, DAVID ADLER, ERIK LAARI and REESE VAN PUTTEN,**

    **Plaintiffs,**

v.           Case No.  6:22-cv-1950-CEM-EJK

**FLORIDA INSTITUTE OF TECHNOLOGY, INC.,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Motion for Class Certification (Doc. 83). The United States Magistrate Judge issued a Report and Recommendation (Doc. 84), recommending that the Motion be granted.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed,[1] the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

---

[1] Plaintiffs filed a Notice of No Objection (Doc. 85).

1. The Report and Recommendation (Doc. 84) is **ADOPTED** and made a part of this Order.

2. The Joint Motion for Class Certification (Doc. 83) is **GRANTED**.

   a. The following class is **CERTIFIED:** All present and future male students at the Florida Institute of Technology, Inc. who participate or will participate in intercollegiate athletics and are thus entitled to: (1) the allocation of athletic participation opportunities; (2) the allocation of benefits provided to varsity athletes; and (3) the allocation of student financial aid to varsity athletes, in compliance with the requirements of 20 U.S.C. § 1681 *et. seq.*

   b. Named Plaintiffs are **CERTIFIED** as class representatives.

   c. Attorneys Arthur T. Schofield, James C. Larew, and Claire M. Diallo are **DESIGNATED** as class counsel.

3. In light of this Order, Plaintiffs' Motion for Class Certification (Doc. 78) is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida on September 13, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record