UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No. 6:22-CV-01950-CEM-EJK

JOSHUA NAVARRO et al., and on
behalf of similarly situated individuals,

    Plaintiffs,

v.

FLORIDA INSTITUTE OF TECHNOLOGY,
INC., a Florida corporation,

    Defendant.
_____/

**JOINT MOTION FOR HEARING ON PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT AND MOTION TO ALLOW
<u>PROPOSED ORDER</u>**

Pursuant to Federal Rule of Civil Procedure 23(e) and Local Rule 3.01(f) and 3.01(h), Plaintiffs Joshua Navarro, Benjamin Komita, Jaden Krekow, Kyle Stewart, Mason Yaskovic, Thomas Francis, David Adler, Reese Van Putten, Brycen Haner, Ryan Zerneke, and Erik Laari, ("Plaintiffs"), individually and on behalf of themselves and all others similarly situated, AND Defendant Florida Institute of Technology, Inc. ("Defendant" or "Florida Tech"), hereby move this Court for a hearing on their Joint Motion for Preliminary Approval of a proposed class action settlement. In support thereof, the parties hereby state as follows:

1. On October 10, 2023, the parties filed a Joint Motion for Preliminary Approval of a Class Action Settlement, with accompanying exhibits. (Doc. 87, and Exs. 1-4).

2. The parties included a proposed Order Granting Motion for Preliminary Approval of Class Action Settlement and anticipating the setting of a Final Approval Hearing. (Doc. 87-3).

3. The parties did not ask for an oral argument or hearing on the Joint Motion for Preliminary Approval at that time, but to the extent that it would be helpful, move the Court for an oral argument separately pursuant to 3.01(h).

4. The parties believe that no more than an hour of time would be required for the hearing.

5. The parties failed to obtain the permission of the Court, consistent with Local Rule 3.01(f), prior to filing the Proposed Order.

6. The parties therefore seek permission now for their Proposed Order (Doc. 87-3) to be accepted with leave of the Court.

WHERFORE, the parties request that the Court set a date and time for a hearing on their Joint Motion for Preliminary Approval of a Class Action Settlement and allow the [Proposed] Order Granting Joint Motion for Preliminary Approval of Class Action Settlement to be filed as a Proposed Order in this matter.

Respectfully submitted,

/s/Arthur Schofield, Esq.
ARTHUR T. SCHOFIELD, P.A.
330 Clematis Street, Suite 207
West Palm Beach, FL 33401
(561) 644-4211
Fla. Bar No. 984434
Aschofield@flalabor.com

/s/James C. Larew, Esq.
James C. Larew, Esq.
Claire M. Diallo, Esq.
LAREW LAW OFFICE
504 E. Bloomington Street
Iowa City, IA 52245
(319) 337-7079
James.Larew@LarewLawOffice.com
Claire.Diallo@LarewLawOffice.com

ATTORNEYS FOR PLAINTIFFS

/s/ Drew H. Campbell
**BRICKER GRAYDON LLP**
Matthew D. Gurbach (*admitted phv*)
(Ohio Bar No. 0076707)
Kasey Nielsen (*admitted phv*)
(Ohio Bar No. 0101069)
1350 Euclid Avenue, Suite 650
Cleveland, Ohio  44115
t: 216.523.5405
f: 216.523.7071
mgurbach@bricker.com
knielsen@bricker.com

Drew Campbell (*admitted phv*)
(Ohio Bar No. 0047197)
Jeffrey Knight (*admitted phv*)
(Ohio Bar No. 0086649)
100 South Third Street
Columbus, Ohio  43215
t. 614.227.2300
f. 614.227.2390
dcampbell@brickergraydon.com
jknight@brickergraydon.com

*Co-Counsel for Florida Institute of Technology, Inc.*

**GRAY | ROBINSON, P.A.**
Richard L. Barry  (360650)
Richard E. Mitchell  (168092)
301 East Pine Street, Suite 1400
Orlando, Florida  32802
t: (407) 843-8880
f: (407) 244-5690
richard.barry@gray-robinson.com
rick.mitchell@gray-robinson.com

*Co-Counsel for Florida Institute of Technology, Inc.*