UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOSHUA NAVARRO, BENJAMIN KOMITA, JADEN KREKOW, KYLE STEWART, MASON YASKOVIC, THOMAS FRANCIS, BRYCEN HANER, RYAN ZERNEKE, DAVID ADLER, ERIK LAARI and REESE VAN PUTTEN,**

        **Plaintiffs,**

v.       Case No. 6:22-cv-1950-CEM-EJK

**FLORIDA INSTITUTE OF TECHNOLOGY, INC.,**

        **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Motion and Memorandum of Law for Preliminary Approval of Class Action Settlement ("Joint Motion," Doc. 87). The United States Magistrate Judge issued a Report and Recommendation (Doc. 91), recommending that the Joint Motion be granted, that the Settlement Agreement (Doc. 87-1) be preliminarily approved, that the Notice of Proposed Settlement of Class Action Lawsuit (Doc. 87-4) be approved, and that a final fairness hearing be set at least ninety days from this Order, (Doc. 91 at 13).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 91) is **ADOPTED** and made a part of this Order.

2. The Joint Motion and Memorandum of Law for Preliminary Approval of Class Action Settlement (Doc. 87) is **GRANTED**.

3. The Notice of Proposed Settlement of Class Action Lawsuit (Doc. 87-4) is **APPROVED**.

4. A final fairness hearing at least ninety days from this Order will be set by a separate notice along with a briefing schedule of all associated motions.

**DONE** and **ORDERED** in Orlando, Florida on July 9, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record