UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOSHUA NAVARRO, BENJAMIN KOMITA, JADEN KREKOW, KYLE STEWART, MASON YASKOVIC, THOMAS FRANCIS, BRYCEN HANER, RYAN ZERNEKE, DAVID ADLER, ERIK LAARI and REESE VAN PUTTEN,**

   **Plaintiffs,**

v.            Case No.  6:22-cv-1950-CEM-EJK

**FLORIDA INSTITUTE OF TECHNOLOGY, INC.,**

   **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on the Joint Motion for Final Approval of the Proposed Class Settlement (Doc. 98), Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 97), and the Joint Notice of Selecting Neutral (Doc. 99). Both motions will be granted and Barbara Osborne, Esq. will be appointed as the "Neutral," as set forth in the Settlement Agreement (Doc. 98-1 at 2).

The Settlement Agreement was preliminarily approved by this Court. (*See generally* July 9, 2024 Order, Doc. 93; July 9, 2024 Endorsed Order, Doc. 95). The

approved class notification was properly effectuated. (*See generally* Schofield Decl., Doc. 98-2; Ehrlich Decl., Doc. 98-3; Sumner Decl., Doc. 98-4). None of the class members have opted out or filed objections. (Doc. 98-2 at 2). The Court finds that the Settlement Agreement is in all respects fair, reasonable, and adequate, and in the best interests of all those affected by it. Further, for the reasons set forth in Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 97), which is not opposed by Defendant, (*id.* at 2), the Court finds an award of $350,000 in attorneys' fees and $13,894.71 in expenses reasonable.

For the reasons set forth herein and in the Report and Recommendation (Doc. 91), which was adopted by this Court, (Doc. 93), and upon finding that the notice procedures were fully complied with, it is **ORDERED** and **ADJUDGED** as follows:

1. The Joint Motion for Final Approval of the Proposed Class Settlement (Doc. 98) is **GRANTED**.
2. The Settlement Agreement (Doc. 98-1) is **APPROVED**.
3. Class Counsel is awarded $350,000 in attorney's fees as follows:
   a. $175,636.25 to Arthur T. Schofield, P.A.; and
   b. $174,363.75 to The Larew Office.
4. This Court retains jurisdiction over this action, including over the administration, implementation, interpretation, and enforcement of the Settlement Agreement.

5. Barbara Osborne, Esq. is designated as the Neutral under the terms of the Settlement Agreement.

6. This case is **DISMISSED with prejudice**.

7. The hearing set for October 10, 2024, is **CANCELLED**.

8. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 2, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record